

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, August 26, 2015

RICHARD ALLAN GARD
Duncan Unit - TDC # 1712695
1502 S. 1st St.
Diboll, TX 75941

**Re:** GARD, RICHARD ALLAN
**CCA No.** WR-83,445-01                                    **COA No.** 02-11-00087-CR
**Trial Court Case No.** C-396-010359-1184098-A

The court has issued an opinion on the above referenced cause number.

Sincerely,

Abel Acosta, Clerk

cc:  2nd Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
District Clerk Tarrant County (DELIVERED VIA E-MAIL)
District Attorney Tarrant County (DELIVERED VIA E-MAIL)